```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 12090
   JOHN S BURTON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-1468


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 05/13/2008 and was not confirmed.

   The case was dismissed without confirmation 09/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
AMERICAN HONDA FINANCE C  SECURED NOT I       .00          .00            .00
AMERICAN HONDA FINANCE C  UNSECURED       NOT FILED        .00            .00
AMERICAN EXPRESS          UNSECURED       NOT FILED        .00            .00
AMERICAN EXPRESS          UNSECURED       NOT FILED        .00            .00
AMERICAN EXPRESS          UNSECURED       NOT FILED        .00            .00
CAPITAL ONE               UNSECURED          494.55        .00            .00
CITY OF CHICAGO PARKING   UNSECURED         5975.00        .00            .00
COLLECTION                UNSECURED       NOT FILED        .00            .00
PREMIER BANCARD CHARTER   UNSECURED          474.09        .00            .00
TRIBUTE MASTERCARD        UNSECURED          690.11        .00            .00
WATERSON REALTY           NOTICE ONLY    NOT FILED         .00            .00
CITIBANK                  UNSECURED         5948.13        .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,474.00                      141.06
TOM VAUGHN                TRUSTEE                                        10.94
DEBTOR REFUND             REFUND                                          .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  152.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 141.06
TRUSTEE COMPENSATION                            10.94
DEBTOR REFUND                                     .00
                       -----------           -----------
TOTALS                   152.00                 152.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 12090 JOHN S BURTON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |